**Abatement Order filed January 27, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00848-CR
_____

### GLENN LLOYD KINGHAM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. MD-0330341**

## ABATEMENT ORDER

Neither the clerk's record, nor the reporter's record has been filed in this appeal. The Galveston County Clerk and the court reporter have informed the court that appellant has not paid or made arrangements to pay the fees to prepare the records. This court is unaware whether appellant is entitled to proceed without the payment of costs. *See* Tex. R. App. P. 37.3(c)(2)(B). Accordingly, we enter the following order. *See* Tex. R. App. P. 35.3(c).

We ORDER the judge of County Court No. 3 to immediately conduct a hearing at which appellant, appellant's counsel, if any, and counsel for the State shall participate, either in person or by video teleconference, to determine whether appellant desires to prosecute his appeal, and, if so, whether appellant is indigent and, thus entitled to a free record and appointed counsel on appeal. The judge may appoint appellate counsel for appellant if permitted. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing, and the court's findings and conclusions shall be filed with the clerk of this court on or before **February 26, 2015**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM